702

Ashley, Appellant, *v.* Ashley, et al.

Argued March 15, 1976. *Sol Lubin,* with him *Peter B. Broida,* and *Winkler, Danoff, Lubin and Toole,* for appellant; *Joseph J. Savitz,* with him *Harold Rosenn, Gary A. Korn,* and *Rosenn, Jenkins & Greenwald,* for appellees.

Decree affirmed.

Bradley *v.* Patrick, Appellant.

Argued March 18, 1976. *Stanley P. Stern,* for appellant; *David Kanner,* for appellee.

Order affirmed.